UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS/REID

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP CORP,
JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiff, Ruben Paz, responds to the Order to Show Cause issued on September 26, 2023 [DE 5] and states as follows:

    1.    Plaintiff and his counsel make a habit of complying with the Court's Orders and deadlines.

    2.    The Court entered its Order of Referral and Notice of Court Practice in FLSA Cases on September 8, 2023, requiring, *inter alia*, a statement of claim to be filed within 10 days. [DE 4].

    3.    Plaintiff regrettably failed to comply with the Court's deadline.

    4.    The office of the undersigned recently underwent a change in staffing, including the firm's paralegal, onsite legal assistant, and associate attorney.

    5.    Although the office of the undersigned had calendared the deadline to file the Statement of Claim, this deadline was missed.

    6.    This oversight in not adhering to the Court's deadline was though inadvertence

1

rather than any willful ignorance of Court deadlines.

7. Upon being made aware of the missed deadline, Plaintiff compiled as much information as possible to draft a statement of claim.

8. Further, even though Plaintiff's statement of claim is admittedly late, it was not so late as to be prejudicial to Defendants or interfere with any other Court-imposed deadlines because Defendants have not yet been served with process.

9. Thus, despite the brief delay in filing the Statement of Claim, the parties are still on track for all other deadlines imposed by the Court's Order [DE 4].

10. Plaintiff apologizes to the Court for the brief delay in filing the Statement of Claim and it is not a practice of undersigned counsel to respond to the Court's orders in an untimely fashion.

11. Having shown good cause for the delay, Plaintiff requests that the Court determine that he showed sufficient cause to have the Order to Show Cause discharged.

WHEREFORE Plaintiff, Ruben Paz, requests that the Court discharge the Show Cause Order entered on September 26, 2026, based on the good cause shown above.

Respectfully submitted this 29th day of September 2023,

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

2