UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP
CORP, JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Ruben Paz, pursuant to the Court's Orders entered on September 8 and 26, 2023 [ECF Nos. 4 and 5], files this Statement of Claim based on the information known to Plaintiff and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

1

### *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from his employment at this time, so he must estimate the hours that worked, the pay that received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

3. Plaintiff estimates that he is owed **$7,839.00**.

4. Plaintiff is claiming that he is owed for wages worked **between September 7, 2020 and May 7, 2023** for approximately 67 weeks during that time period.

5. Plaintiff calculated the amount he estimated he is owed as follows:

**September 7, 2020 to May 7, 2023**
**(67 out of 130 weeks)**

53 hours/week (Estimated)
13 OT Hours/week
$18.00/hour
$9/OT Hours x 13 OT/week x 67 weeks = **$7,839.00**

6. Plaintiff estimates that he is owed **$7,839.00** in **unpaid/underpaid overtime wages**.

7. Plaintiff also seeks liquidated in an amount equal to the above unpaid/underpaid overtime wages plus reasonable attorneys' fees and costs pursuant to the FLSA.

8. Plaintiff's Statement of Claim is based upon the information currently known and/or available. Plaintiff currently has available the attached paystub and list of jobs worked.

9. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

2

10. This Statement of Claim does not include any computation of for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

11. **Attorneys' Fees and Costs.** As of the filing of this document, Plaintiff has incurred the following attorneys' fees and costs:

| | |
|---|---|
| Costs: | **$ 402.00** |
| Attorneys' Fees: | **$2,698.00** |
| Brian H. Pollock, Esq. ($500.00/hour x 3 hours) | $1,500.00 |
| Lunar Alvey, Esq. ($400.00/hour x 2.3 hours) | $920.00 |
| Steffany Sanguino, paralegal ($165.00/hour x 3.2 hours) | $ 528.00 |
| **Grand Total:** | **$3,070.00** |

The foregoing amounts are subject to increase commensurate with the expenditure of additional time, effort, and expense in this matter.

Respectfully submitted this 28th day of September 2023.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*