**ORAMA DEVELOPING GROUP CORP**
Ruben Paz

Rate 19   Hrs Worked 36   5/1/2023 to 5/7/2023
Project: Nomi

5/12/2023

19664

684.00

Orama Developing Gr    684.00

**ORAMA DEVELOPING GROUP CORP**
Ruben Paz

Rate 19   Hrs Worked 36   5/1/2023 to 5/7/2023
Project: Nomi

5/12/2023

19664

684.00

Orama Developing Gr    684.00

Rev 3/19



104621

10462