UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP
CORP, JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Ruben Paz, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 24th day of October 2023.

                                                s/ Lunar Alvey, Esq.
                                              Lunar Claire Alvey, Esq. (713473)
                                              luna@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel: (305) 230-4884
                                              *Counsel for Plaintiff*