UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP CORP
JIMMY MATA, AND KELLY MATA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE ON DEFENDANTS**

Plaintiff, Ruben Paz, files the Returns of Service on Defendants, Kelly Mata., (October 26, 2023).

Dated October 30, 2023.

    Respectfully submitted,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Miami, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23423-KMW

Plaintiff:
**RUBEN PAZ**

vs.

Defendant:
**ORAMA DEVELOPING GROUP CORP, JIMMY MATA, AND KELLY MATA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 24th day of October, 2023 at 5:09 pm to be served on **KELLY MATA by serving their attorney, Karel Suarez, Esq. at The Legal Team, PLLC, 4000 Ponce de Leon Boulevard, Suite 470, Coral Gables, FL 33146**.

I, Joseph Onega, do hereby affirm that on the **26th day of October, 2023** at **10:50 am, I:**

**SERVED** an **authorized individual** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Matias Souto, front desk receptionist for The Legal Team** as **Employee Authorized To Accept Service** at the address of: **4000 Ponce de Leon Boulevard, Suite 470, Coral Gables, FL 33146**, who stated they are authorized to accept service for **KELLY MATA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 6'3", Weight: 205, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001759