UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP CORP
JIMMY MATA, AND KELLY MATA,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURNS OF SERVICE ON DEFENDANTS**

Plaintiff, Ruben Paz, files the Returns of Service on Defendants, Orama Developing Group Corp., (October 26, 2023).

Dated October 30, 2023.

    Respectfully submitted,

    <u>Brian H. Pollock, Esq.</u>
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Miami, FL 33146
    Tel:  305.230.4884
    *Counsel for Plaintiff*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23423-KMW

Plaintiff:
**RUBEN PAZ**

vs.

Defendant:
**ORAMA DEVELOPING GROUP CORP, JIMMY MATA, AND KELLY MATA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 24th day of October, 2023 at 5:09 pm to be served on **ORAMA DEVELOPING GROUP CORP by serving their attorney, Karel Suarez, Esq. at The Legal Team, PLLC, 4000 Ponce de Leon Boulevard, Suite 470, Coral Gables, FL 33146**.

I, Joseph Onega, do hereby affirm that on the **26th day of October, 2023** at **10:50 am, I:**

**SERVED** an **authorized individual** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to:  **Matias Souto, front desk receptionist for The Legal Team** as **Employee Authorized To Accept Service** at the address of: **4000 Ponce de Leon Boulevard, Suite 470, Coral Gables, FL 33146**, who stated they are authorized to accept service for **ORAMA DEVELOPING GROUP CORP**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 6'3", Weight: 205, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001757

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r