UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP CORP,
JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff, Ruben Paz, notifies the Court and all parties that he complied with the Court's FLSA Order of Referral and Notice of Court Practice in FLSA Cases at ECF No. 4 ("FLSA Order") by serving a copy of the FLSA Order, the Statement of Claim [ECF No. 7], and the supporting documents by email on Karel Suarez, Esq., The Legal Team, PLLC, as *Counsel for Defendants*, on the date set forth below.

Dated this 7th day of November 2023.

                                                    s/Brian H. Pollock, Esq.
                                                  Brian H. Pollock, Esq.
                                                  Fla. Bar No. 174742
                                                  brian@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue
                                                  Suite 770
                                                  Coral Gables, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*