UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP
CORP, JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

## **JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION**

    In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Lisette M. Reid) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

    Dated this 29th day of November 2023.


s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

s/ Karel Suarez, Esq.
Karel Suarez, Esq.
ksuarez@legalteamservices.com
The Legal Team, PLLC
4000 Ponce de Leon
Suite 470
Coral Gables, FL 33146
786.307.2393
*Counsel for Defendants*