UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP
CORP, JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF RULE 41**
## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Ruben Paz, hereby notices the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Rules of Civil Procedure apply, "in actions brought under the Fair Labor Standards Act no less than in any other case." *Vasconcelo v. Miami Auto Max, Inc.*, 981 F.3d 934, 942 (11th Cir. 2020). *See also Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012) ("a stipulation filed pursuant to that subsection is self-executing and dismisses the case upon its becoming effective…. District courts need not and may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction.")

Respectfully submitted on this 6th day of December 2023.

                                                             Brian H. Pollock, Esq.
                                                             Brian H. Pollock, Esq. (174742)
                                                             brian@fairlawattorney.com
                                                             FAIRLAW FIRM
                                                              135 San Lorenzo Avenue
                                                              Suite 770
                                                              Coral Gables, FL 33146
                                                              Tel:    305.230.4884
                                                              *Counsel for Plaintiff*