UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP
CORP, JIMMY MATA, AND
KELLY MATA,

    Defendants.

_____/

## NOTICE OF APPEARANCE

    Karel Suarez, Esq. of the law firm The Legal Team PLLC, hereby notifies the Court and all parties of his appearance in this action as counsel for Defendants, Orama Developing Group Corp ("Orama"). Jimmy Mata ("JM") and Kelly Mata ("KM"), in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the address and email address listed below.

    Dated:  December 6, 2023

    Respectfully submitted,

**THE LEGAL TEAM, PLLC**
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
(786) 307-2393
/s/ *Karel Suarez*
Karel Suarez
Florida Bar No.: 125744
Email: ksuarez@legalteamservices.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF.

/s/ Karel Suarez
Karel Suarez