UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23423-WILLIAMS

RUBEN PAZ,

    Plaintiff,

vs.

ORAMA DEVELOPING GROUP
CORP, JIMMY MATA, AND
KELLY MATA,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 6th day of December 2023.

| | |
|---|---|
| Brian H. Pollock, Esq. | Karel Suarez, Esq. |
| Brian H. Pollock, Esq. (174742) | Karel Suarez, Esq. (125744) |
| brian@fairlawattorney.com | ksuarez@legalteamservices.com |
| FAIRLAW FIRM | THE LEGAL TEAM, PLLC |
| 135 San Lorenzo Ave. | 4000 Ponce De Leon Boulevard |
| Suite 770 | Suite 470 |
| Coral Gables, FL 33146 | Coral Gables, FL 33146 |
| Tel: 305.230.4884 | Tel: (786)307-2393 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |